253 So.2d 378

### Dominique O. ROYER

v.

### ROYAL GLOBE INSURANCE CO. et al.

No. 51841.

Oct. 28, 1971.

In re: Dominique O. Royer applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 252 So.2d 189.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

253 So.2d 379

### FEDERAL INSURANCE COMPANY

v.

### INSURANCE COMPANY OF NORTH AMERICA et al.

No. 51852.

Oct. 28, 1971.

In re: Federal Insurance Company applying for certiorari, or writ of review, to

the Court of Appeal, Third Circuit, Parish of Rapides. 252 So.2d 184.

It is ordered that the writ of review issue; that the Court of Appeal sent up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.